UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>METRO CONCRETE & MASONRY, INC.,<br><br>    Defendant. | Civil Action No. 07-1553 (JDB) |

**ORDER**

    Upon consideration of defendant's suggestion of bankruptcy, and the automatic stay of judicial proceedings under 11 U.S.C. § 362(a), it is hereby

    **ORDERED** that this action is administratively terminated subject to a motion to reopen consistent with 11 U.S.C. § 362.

/s/
JOHN D. BATES
United States District Judge

Date:  September 24, 2007