UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>METRO CONCRETE & MASONRY, INC, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>07-01553 (JDB) |

## SUGGESTION OF BANKRUPTCY

1. PLEASE TAKE NOTICE that on June 25, 2007, Metro Concrete & Masonry, Inc., Defendant in the above-captioned action, filed a voluntary petition for bankruptcy protection in the United States Bankruptcy Court District of New Jersey, Case No. 07-19078.

2. Accordingly, this action is automatically stayed pursuant to 11 U.S.C. § 362(a).

Respectfully submitted,

Dated: 9/25/07

By: _____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

*Attorney for Plaintiffs*